IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cathy Turner,                                Case No. 3:18 CV 989

             Plaintiff,                O R D E R

      -vs-                                     JUDGE JACK ZOUHARY

General Motors, LLC,

             Defendant.

      This Court held a Phone Status on May 3, 2021.  Counsel present: Lynn Shecter and Michelle Vocht for Plaintiff; Michael Burkhardt and Patrick Duffey for Defendant.

      Due to differences in the underlying facts, this case will not proceed to trial in June with Case No. 3:18 CV 2850, *Allen Huguely v. General Motors*.  Settlement discussions are ongoing, and counsel shall promptly exchange an offer and demand.  Further Phone Status will be held on **Monday, June 21, 2021 at 3:00 PM**.  At that time, counsel shall call the district court conference line.

      IT IS SO ORDERED.

                                                                  s/ *Jack Zouhary*
                                                                  JACK ZOUHARY
                                                                  U. S. DISTRICT JUDGE

                                                                  May 4, 2021