*Approved.
June 21 Phone Status is vacated.
s/ Jack Zouhary
U.S. DISTRICT JUDGE*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT WESTERN DIVISION OF OHIO

| | |
|---|---|
| CATHY TURNER,<br><br>  Plaintiff<br><br>v<br><br>GENERAL MOTORS, LLC<br><br>  Defendant | )<br>)<br>)<br>)<br>) Case No.: 3:18-cv-00989<br>) HON. JACK ZOUHARY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## WITHOUT COSTS AND ATTORNEY FEES

The parties stipulate that the current case is dismissed with prejudice and without costs and attorney fees pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii).

The parties respectfully request that this Court approve this stipulation and enter a final order.

ROY, SHECTER & VOCHT, P.C.
/ s/ Michelle E. Vocht
Michelle E. Vocht (P32924)
Attorney for Plaintiff
1185-B South Adams Rd.
Birmingham, MI 48009
(248) 540-7660 (Office)
(248) 408-7741 (Cell)
vocht@rsmv.com

Dated: May 11, 2021

MORGAN, LEWIS & BOCKIUS, LLP
/s/ Michael S. Burkhardt
Michael S. Burkhardt (admitted *pro hac vice*)
Patrick R. Duffey (admitted *pro hac vice*)
Attorneys for Defendant
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5130/4627
Fax: (215) 963-5001
michael.burkhardt@morganlewis.com